IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lloyd, Leticia J | Case Number:  07 B 03743 |
| | Judge:  Squires, John H |
| Printed:  10/7/08 | Filed:  3/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 11, 2008
Confirmed: May 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 7,900.00 | |
| Secured: | | 2,731.09 |
| Unsecured: | | 1,282.20 |
| Priority: | | 0.00 |
| Administrative: | | 3,324.00 |
| Trustee Fee: | | 474.78 |
| Other Funds: | | 87.93 |
| Totals: | 7,900.00 | 7,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 990.00 | 990.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,334.00 | 2,334.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 2,731.09 | 2,731.09 |
| 5. | Asset Acceptance | Unsecured | 396.53 | 396.53 |
| 6. | ECast Settlement Corp | Unsecured | 305.98 | 305.98 |
| 7. | Portfolio Recovery Associates | Unsecured | 42.21 | 42.21 |
| 8. | American General Finance | Unsecured | 114.98 | 114.98 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 203.70 | 203.70 |
| 10. | Asset Acceptance | Unsecured | 176.79 | 176.79 |
| 11. | RoundUp Funding LLC | Unsecured | 42.01 | 42.01 |
| 12. | LaSalle National Bank | Secured | | No Claim Filed |
| 13. | Chase Automotive Finance | Unsecured | | No Claim Filed |
| 14. | Asset Acceptance | Unsecured | | No Claim Filed |
| 15. | Citi Capital | Unsecured | | No Claim Filed |
| 16. | Citibank | Unsecured | | No Claim Filed |
| 17. | Credit Collection | Unsecured | | No Claim Filed |
| 18. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 19. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 20. | Plaza Associates | Unsecured | | No Claim Filed |
| 21. | Thd/Cbsd | Unsecured | | No Claim Filed |
| | | | $ 7,337.29 | $ 7,337.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lloyd, Leticia J | Case Number:  07 B 03743 |
| | Judge:  Squires, John H |
| Printed:  10/7/08 | Filed:  3/2/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 161.99 |
| 6.5% | 312.79 |
| | _____ |
| | $ 474.78 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

